## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ATANASOFF, Derivatively on Behalf of CLEANSPARK, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ZACHARY K. BRADFORD, S. MATTHEW SCHULTZ, ROGER P. BEYNON, LARRY MCNEILL, and THOMAS L. WOOD,<br><br>        Defendants,<br><br>-and-<br><br>CLEANSPARK, INC., a Nevada Corporation,<br><br>        Nominal Defendant. | Case No.: 2:23-cv-00358-ART-BNW<br><br>(Removal from District Court, Clark County, Nevada, Case No. A-23-866492-C)<br><br>**ORDER APPROVING**<br><br>**JOINT STIPULATION EXTENDING TIME TO REPLY TO OPPOSITION TO MOTION TO CONSOLIDATE** |

Plaintiff Eric Atanasoff ("Plaintiff"), derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon (the "Individual Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby enter into the following joint stipulation and proposed order:

**WHEREAS**, on March 1, 2023, Plaintiff filed a shareholder derivative complaint (the "Complaint") on behalf of Nominal Plaintiff CleanSpark in the Eighth Judicial District Court of

1

144631383.1

the State of Nevada in and for Clark County (the "State Court"), captioned *Atanasoff v. Bradford, et al.*, Case No. A-23-866492-C (this "Action"); and

**WHEREAS**, on March 7, 2023, the Defendant S. Matthew Schultz filed a Petition for Removal (ECF No. 1) and Notice of Removal, removing this Action from State Court to the United States District Court for the District of Nevada; and

**WHEREAS**, on March 24, 2023, the Individual Defendants filed a Motion to Consolidate, asking the Court to consolidate this Action into the consolidated shareholder derivative action pending in the United States District Court for the District of Nevada, *In re CleanSpark, Inc. Derivative Litigation*, Case No. 2:21-cv-01181-GMN-BNW (the "Motion to Consolidate") (ECF No. 10); and

**WHEREAS**, on April 4, 2023, Plaintiff filed the Motion to Remand and for Attorney's Fees and Costs, which has been noticed for consideration by the Court in the normal course (the "Motion to Remand"); and

**WHEREAS**, on April 7, 2023, Plaintiff filed the Opposition to Defendants' Motion to Consolidate ("Opposition");

**WHEREAS**, to ensure judicial and party economy, the Parties agree to extend the deadline for Defendants to reply to the Opposition until on or before April 24, 2023.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants' deadline to reply to the Opposition is extended until on or before April 24, 2023.

2. Other than as agreed herein, the Parties reserve all rights.

/ / /

/ / /

/ / /

/ / /

144631383.1

| | |
|---|---|
| DATED: April 13, 2023 | DATED: April 13, 2023 |
| **FOX ROTHSCHILD LLP** | **ALDRICH LAW FIRM, LTD.** |
| */s/ Colleen E. McCarty* | */s/John P. Aldrich* |
| MARK J. CONNOT (10010) | JOHN P. ALDRICH (6877) |
| COLLEEN E. MCCARTY (13186) | CATHERINE HERNANDEZ (8410) |
| 1980 Festival Plaza Drive, Ste. 700 | 7866 West Sahara Avenue |
| Las Vegas, NV 89135 | Las Vegas, Nevada 89117 |
| mconnot@foxrothschild.com | jaldrich@johnaldrichlawfirm.com |
| cmcarty@foxrothschild.com | chernandez@johnaldrichlawfirm.com |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |

**THE WEISER LAW FIRM, P.C.**
James M. Ficaro
*Pro Hac Vice* application pending, Attorney has complied with L.R. IA 11-2
200 Barr Harbor Dr.
West Conshohocken, PA
Telephone: (610) 225-0206
jmf@weiserlawfirm.com
*Counsel for Plaintiff Travis France*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

**DATED:** April 17, 2023

3

144631383.1