UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ATANASOFF, Derivatively on Behalf of CLEANSPARK, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ZACHARY K. BRADFORD, S. MATTHEW SCHULTZ, ROGER P. BEYNON, LARRY MCNEILL, and THOMAS L. WOOD,<br><br>　　　　　　Defendants,<br><br>-and-<br><br>CLEANSPARK, INC., a Nevada Corporation,<br><br>　　　　　　Nominal Defendant. | Case No.: 2:23-cv-00358-ART-BNW<br><br>(Removal from District Court, Clark County, Nevada, Case No. A-23-866492-C)<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

Plaintiff Eric Atanasoff ("Plaintiff"), derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Roger P. Beynon (the "Individual Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

/ / /

/ / /

1

144760884.1

**The Six Derivative Actions**

**WHEREAS**, on May 26, 2021, plaintiff Andrea Ciceri filed a shareholder derivative action on behalf of nominal defendant CleanSpark in the United States District Court for the District of Nevada, captioned *Ciceri v. Bradford, et al.*, Case No. 2:21-cv-01004-GMN-BNW ("*Ciceri*"). *Ciceri* was assigned to the Honorable Gloria M. Navarro; and

**WHEREAS**, on June 22, 2021, plaintiff Mark Perna filed a second shareholder derivative action on behalf of nominal defendant CleanSpark in the United States District Court for the District of Nevada, captioned *Perna v. Bradford, et al.*, Case No. 2:21-cv-01181-GMN-BNW ("*Perna*"). *Perna* was also assigned to the Honorable Gloria M. Navarro; and

**WHEREAS**, on June 29, 2021, Judge Navarro consolidated *Ciceri* and *Perna* into a single consolidated action, captioned *In re Cleanspark, Inc. Derivative Litigation*, Case No. 2:21-cv-01004-GMN-BNW (the "Consolidated Action") and designated the complaint filed in *Ciceri* as the operative complaint pursuant to a Joint Stipulation and Order Consolidating Related Actions and Appointing Co-Lead Counsel (the "Consolidation Order"); and

**WHEREAS**, on February 24, 2023, plaintiff Nicholas Iraci filed a third shareholder derivative action on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County, captioned *Iraci v. Bradford, et al.*, Case No. A-23-866172-C ("*Iraci*"); and

**WHEREAS**, on February 28, 2023, defendant S. Matthew Schultz ("Schultz") filed a Petition for Removal and Notice of Petition for Removal, removing *Iraci* to the United States District Court for the District of Nevada. *Iraci* is now pending in the United States District Court for the District of Nevada before the Honorable Jennifer A. Dorsey, captioned *Iraci v. Bradford, et al.*, Case No. 2:23-cv-00315-JAD-NJK. On March 6, 2023, defendant Schultz filed a Notice of Related Case, requesting that *Iraci* be transferred to Judge Navarro and added to the Consolidated Action; and

**WHEREAS**, on March 1, 2023, plaintiff Eric Atanasoff filed a fourth shareholder derivative action on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court

144760884.1

of the State of Nevada in and for Clark County, captioned *Atanasoff v. Bradford, et al.*, Case No. A-23-866492-C ("*Atanasoff*"); and

**WHEREAS**, on March 7, 2023, defendant Schultz filed a Petition for Removal and Notice of Petition for Removal, removing *Atanasoff* to the United States District Court for the District of Nevada. *Atanasoff* is now pending in this Court. On March 9, 2023, defendant Schultz filed a Notice of Related Case, requesting that *Atanasoff* be transferred to Judge Navarro and added to the Consolidated Action; and

**WHEREAS**, on February 21, 2013, plaintiff Brandon Smith filed a fifth shareholder derivative action on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County, captioned *Smith v. Bradford, et al.*, Case No. A-23-866051-C ("*Smith*"); and

**WHEREAS**, on March 23, 2023, Defendants filed a Petition for Removal and Notice of Removal, removing *Smith* to the United States District Court for the District of Nevada. *Smith* is now pending in the United States District Court for the District of Nevada before Judge Navarro, captioned *Smith v. Bradford, et al.*, Case No. 2:23-cv-00445-GMN-BNW. On March 24, 2023, Defendants filed a Notice of Related Case, requesting that *Smith* be added to the Consolidated Action; and

**WHEREAS**, on March 8, 2023, plaintiff Travis France filed a sixth shareholder derivative action on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County, captioned *France v. Bradford, et al.*, Case No. A-23-866925-C ("*France*" and together with the *Iraci*, *Atanasoff*, *Smith*, and the Consolidated Action, the "Six Derivative Actions"); and

**WHEREAS**, on March 23, 2023, Defendants filed a Petition for Removal and Notice of Removal, removing *France* to the United States District Court for the District of Nevada. *France* is also now pending in the United States District Court for the District of Nevada before Judge Navarro, captioned *France v. Bradford, et al.*, Case No. 2:23-cv-00444-GMN-NJK. On March 24, 2023, Defendants filed a Notice of Related Case, requesting that *France* be added to the Consolidated Action; and

144760884.1

1  **WHEREAS**, on March 24, 2023, Defendants filed a Motion to Consolidate in the
2  Consolidated Action, with notifications for *Iraci*, *Atanasoff*, *Smith*, and *France*, requesting that
3  those cases be consolidated with the Consolidated Action before Judge Navarro; and

4  **WHEREAS**, between March 30, 2023 and April 6, 2023, plaintiffs in *Iraci*, *Atanasoff*,
5  *Smith*, and *France* all filed motions to remand those actions back to state court; and

6  **WHEREAS**, the parties in Six Derivative Actions have the following briefing deadlines:

| Date | Case | Task |
|---|---|---|
| 3/24/2023 | Atanasoff | Defendants' Motion to Consolidate Cases |
| 3/24/2023 | France | Defendants' Motion to Consolidate Cases |
| 3/24/2023 | Iraci | Defendants' Motion to Consolidate Cases |
| 3/24/2023 | Smith | Defendants' Motion to Consolidate Cases |
| 3/30/2023 | Iraci | Plaintiff's Motion to Remand to State Court |
| 3/31/2023 | France | Plaintiff's Motion to Remand to State Court |
| 4/4/2023 | Atanasoff | Plaintiff's Motion to Remand to State Court |
| 4/6/2023 | Smith | Plaintiff's Motion to Remand to State Court |
| 4/7/2023 | France | Plaintiff's Response to Motion to Consolidate |
| 4/7/2023 | Atanasoff | Plaintiff's Opposition to Motion to Consolidate |
| 4/11/2023 | France | Defendants' Motion to Dismiss |
| 4/13/2023 | Iraci | Defendants' Opposition to Motion to Remand |
| 4/14/2023 | France | Defendants' Reply to Plaintiff's Opposition to Motion to Consolidate |
| 4/14/2023 | Atanasoff | Defendants' Reply to Plaintiff's Opposition to Motion to Consolidate |
| 4/14/2023 | France | Defendants' Opposition to Motion to Remand |
| 4/17/2023 | Iraci | Plaintiff's Opposition to Motion to Consolidate |
| 4/17/2023 | Smith | Plaintiff's Opposition to Motion to Consolidate |
| 4/18/2023 | Atanasoff | Defendants' Opposition to Motion to Remand |
| 4/20/2023 | Smith | Defendants' Opposition to Motion to Remand to State Court |
| 4/20/2023 | Iraci | Plaintiff's Reply to Defendant's Opposition to Motion to Remand |
| 4/21/2023 | France | Plaintiff's Reply to Defendant's Opposition to Motion to Remand |
| 4/24/2023 | Smith | Defendants' Reply to Plaintiff's Opposition to Motion to Consolidate |
| 4/24/2023 | Iraci | Defendants' Reply to Plaintiff's Opposition to Motion to Consolidate |
| 4/24/2023 | Iraci | Defendants' Motion to Dismiss |
| 4/25/2023 | Atanasoff | Plaintiff's Reply to Defendant's Opposition to Motion to Remand |
| 4/27/2023 | Smith | Plaintiff's Reply to Defendant's Opposition to Motion to Remand to State Court |
| 5/5/2023 | Atanasoff | Defendants' Motion to Dismiss |
| 5/11/2023 | France | Plaintiff's Opposition to Motion to Dismiss (pending court approval) |
| 5/24/2023 | Iraci | Plaintiff's Opposition to Motion to Dismiss |
| 6/1/2023 | France | Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss (pending court approval) |

144760884.1

| | | |
|---|---|---|
| 6/5/2023 | Atanasoff | Plaintiff's Opposition to Motion to Dismiss (pending court approval) |
| 6/14/2023 | Iraci | Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss |
| 6/26/2023 | Atanasoff | Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss (pending court approval) |

## This Action

**WHEREAS**, on April 5, 2023, after meeting and conferring extensively, the Parties submitted a joint Stipulation and [proposed] Order Extending Time to Respond to Complaint (the "Stipulation"), agreeing, subject to the Court's approval, to extend: (i) Defendants' time to respond to the Complaint until May 5, 2023, (ii) Plaintiff's time to oppose any motion to dismiss the Complaint that Defendants file until on or before June 5, 2023, and (iii) Defendants' time to reply in support of any motion to dismiss the Complaint that Defendants file until on or before June 26, 2023; and

**WHEREAS**, on April 6, 2023, Magistrate Brenda Weksler granted the Stipulation in part and denied it in part, extending Defendants' time to respond to the Complaint until May 5, 2023, but instructing the Parties to make a separate filing setting forth their proposed briefing schedule for any motion to dismiss that Defendants file pursuant to LR IC 2-2(b); and

**WHEREAS**, Defendants intend to move to dismiss the Complaint in this Action on or before May 5, 2023; and

**WHEREAS**, given the crowded briefing schedules in the Six Derivative Actions, the Parties agree to extend the deadline for Plaintiff to oppose any motion to dismiss the Complaint that Defendants file until on or before June 5, 2023; and

**WHEREAS**, given the crowded briefing schedules in the Six Derivative Actions, the Parties agree to extend the deadline for Defendants to reply in support of any motion to dismiss the Complaint until on or before June 26, 2023.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Plaintiff's deadline to oppose any motion to dismiss the Complaint that Defendants file is extended until on or before June 5, 2023.

2. Defendants' deadline to reply in support of any motion to dismiss the Complaint

5

144760884.1

that Defendants file is extended until on or before June 26, 2023.

3. Other than as agreed herein, the Parties reserve all rights.

DATED: April 17, 2023

**FOX ROTHSCHILD LLP**

*/s/ Colleen E. McCarty*
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Counsel for Defendants*

DATED: April 17, 2023

**ALDRICH LAW FIRM, LTD.**

*/s/ John P. Aldrich*
JOHN P. ALDRICH (6877)
CATHERINE HERNANDEZ (8410)
7866 West Sahara Avenue
Las Vegas, Nevada 89117
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com

DATED: April 17, 2023

**THE WEISER LAW FIRM, P.C.**

*/s/ James M. Ficaro*
JAMES M. FICARO
200 Barr Harbor Drive
West Conshohocken, PA 19428

*Counsel for Plaintiff Eric Atanasoff*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: April 21, 2023.