UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ATANASOFF, Derivatively on behalf of Nominal Defendant CleanSpark, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY K. BRADFORD, S. MATTHEW SCHULTZ, LARRY MCNEIL, THOMAS L. WOOD, and ROGER P. BEYNON,<br><br>Defendants,<br><br>and<br><br>CLEANSPARK INC.,<br><br>Nominal Defendant. | Case No. 2:23-cv-00358-ART-BNW<br><br>ORDER |

On June 28, 2023, Defendant S. Mathew Shultz ("Shultz") withdrew his Petition for Removal to Federal Court (ECF No. 1), filed on March 7, 2023. (ECF No. 36). Plaintiff Eric Atanasoff ("Atanasoff"), derivatively on behalf of CleanSpark, Inc. ("CleanSpark") previously filed a Motion to Remand. (ECF No. 11).

The Court therefore hereby remands this case to the Clark County District Court for all further proceedings.

//
//
//
//
//
//

1

Accordingly, it is further ordered that the following outstanding motions are moot: Motion to Consolidate (ECF No. 10); Motion to Remand (ECF No. 11); Motion to Dismiss (ECF No. 26); Motion to Stay (ECF No. 27); Motion for Leave to File Document (ECF No. 31); Second Motion for Leave to File Document (ECF No. 35).

The Clerk of Court is respectfully directed to close this case.

DATED THIS 29th day of June 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE